AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

RECEIVED
2018 MAR 21 PM 2 00
UNITED STATES MARSHAL
NORTHERN DISTRICT OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18MJ5077 |
| Barbera Wilson | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Barbera Wilson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Title 21, United States Code, Section 846, Drug Conspiracy

2018 MAR 22 PM 1:48
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OHIO
TOLEDO
FILED

Date: 03/21/2018

*Issuing officer's signature*

City and state: Toledo, Ohio

James R. Knepp, II, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/20/18, and the person was arrested on *(date)* 3/20/18
at *(city and state)* TOLEDO, OH.

Date: 3/20/18

Andrew Watson
*Arresting officer's signature*

S/A Andrew Watson HSI
*Printed name and title*