IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No.: 3:18MJ-5077 |
| Plaintiff, | |
| v. | Magistrate Judge James R. Knepp, II |
| Barbera Wilson, | **O R D E R OF DETENTION** |
| Defendant. | |

The above matter came before the Court on March 21, 2018, pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant was present at the hearing and represented by Attorney Adam Nightingale, and the Government was represented by Alissa Sterling, Assistant U.S. Attorney. Defendant, in open court and after consultation with counsel, waived her right to a detention hearing and consented without prejudice, that she be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (i). Defendant reserves the right to revisit the issue of a detention hearing at a later time. Defendant is currently being held in federal custody.

Based upon Defendant's waiver and consent, the Court orders the Defendant to be held to answer further proceedings in the District Court.

The Court also orders that Defendant, Barbera Wilson, shall be committed to the custody of the United States Attorney General, or a designated representative, for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal.

Further, the Court directs that Defendant be afforded reasonable opportunity for private consultation with her counsel while in custody. On order of the Court or the request of the attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for purposes of an appearance in connection with the court proceeding.

**IT IS SO ORDERED.**

**SIGNED and ENTERED** on this 27th day of March, 2018.

/s/ James R. Knepp, II
James R. Knepp, II
United States Magistrate Judge