# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>__Barbara Wilson__<br>*Defendant* | )<br>)<br>) Case No.<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 03/22/18

_Barbara Wilson_
*Defendant's signature*

_____
*Signature of defendant's attorney*

Adam Nightingale  0079095
*Printed name and bar number of defendant's attorney*