**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,                        Case No.: 3:18-MJ-5077

       Plaintiff,

   v.                                            Magistrate Judge James R. Knepp, II

Barbera Wilson,

       Defendant.

## ORDER OF RELEASE

Following a Detention Hearing conducted by this Court on April 4, 2018, pursuant to 18 U.S.C. § 3142, the Defendant, Barbera Wilson, was ordered to be conditionally released upon a surety Bond. While on release, the Defendant must abide by the terms and conditions of her pretrial release, which were explained to the Defendant and acknowledged by her.

In addition to the Bond and Order Setting Conditions of Release, it is ORDERED that the Defendant, Barbera Wilson, be released for her immediate and direct travel by air, to the Southern District of Texas, and immediately placed in the custody of Dr. Sabrina Norman, whose sworn testimony was heard during the Detention Hearing held on April 4, 2018.

The Defendant is FURTHER ORDERED to report to the Pretrial Services Office located in the Southern District of Texas as directed by the Pretrial Services Officer and to appear as directed, for all further proceedings in this matter.

                                                        /s/ James R. Knepp, II
                                                        Magistrate Judge