s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:18-CR-00168-2 |
| Plaintiff, | : | HON. JEFFREY J. HELMICK |
| vs. | : | **MOTION FOR LEAVE TO FILE CJA MATTERS UNDER SEAL AND** |
| Barbara Wilson, et al., | : | **EX PARTE** |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Defendant Barbara Wilson respectfully moves the Court for an Order permitting counsel leave to file all CJA-related matters under seal and *ex parte*. A defendant's CJA-related filings (including filings related to experts, attorney fees, budgeting materials, and other matters) contain confidential attorney work product which the Government is not entitled to discover.

Respectfully submitted,

EASTMAN & SMITH LTD.

 /s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio  43699-0032
Telephone:   (419) 241-6000
Fax:              (419) 2247-1777
E-Mail:        asnightingale@eastmansmith.com

Attorney for Defendant Barbara Wilson

---

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

---

4403180 .1

## **PROOF OF SERVICE**

This is to certify that a copy of the foregoing has been filed electronically this 17th day of April, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

/s/ Adam S. Nightingale
Attorney for Defendant Barbara Wilson
