IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


United States of America,                                         Case No. 3:18cr168

        Plaintiff(s)

  -v-                                                                          ORDER

Anthony Robinson, et al.,

        Defendant(s)



I held a pretrial conference on June 1, 2018.   It is hereby

Ordered that:

1.  Further telephone pretrial conference scheduled for August 7, 2018 at 4:30 p.m.  The Court will initiate the phone call.

2.  Upon the parties consent, the Court finds that the provisions of Title 18, United States Code, Section 3161 are not violated by setting a further pretrial conference.  The time between today and the next pretrial conference is excluded pursuant to 18 U.S.C. 3161(h)(7)(A), (B)(i), (B)(ii) and (B)(iv) because the ends of justice is served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.



                                s/ Jeffrey J. Helmick
                               United States District Judge