§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:18-CR-00168-2 |
| Plaintiff, | : | HON. JEFFREY J. HELMICK |
| vs. | : | **MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |
| Barbara Wilson, et al., | : | |
| Defendants. | : | |

§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§-§

Defendant Barbara Wilson respectfully moves the Court for a 30-day extension of time within which to submit her Objections to her Presentence Investigation Report (Doc. No. 57).

Ms. Wilson's Objections to the first disclosure of her PSR are currently due July 8, 2019. Although Ms. Wilson is on pretrial release, she currently lives in Houston, Texas, which has made collaboration with counsel difficult. Further, with the intervening July 4 holiday and the press of other business, counsel and client require further time to confer.

Ms. Wilson does not currently have a sentencing hearing on the books. It is anticipated she will be sentenced some time after the trial of her co-defendants, which is currently scheduled for August 13, 2019. The requested extension thus will not prejudice either the parties or the Court, nor will it impact any other Court deadline, including the presentence-report-related deadlines imposed by FED. R. CRIM. P. 32 or 18 U.S.C. § 3552. Accordingly, Ms. Wilson respectfully requests a 30-day extension of time within which to submit her Objections to her Presentence Investigation Report.

4896893.1

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
E-Mail: asnightingale@eastmansmith.com

Attorney for Defendant Barbara Wilson

## PROOF OF SERVICE

This is to certify that a copy of the foregoing has been filed electronically this 3rd day of July 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

/s/ Adam S. Nightingale
Attorney for Defendant Barbara Wilson